# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Richmond Division

**GLORIA TURNAGE,** *et al.*,

    **Plaintiffs,**

    v.                                   Civil Action No. 3:14cv760-HEH

**CLARITY SERVICES, INC.,**

    **Defendant.**

## NOTICE OF APPEARANCE

PLEASE NOTE the appearance of David N. Anthony on behalf of Defendant Clarity Services, Inc. as co-counsel herein for all purposes in this matter.

                          **CLARITY SERVICES, INC.**


                          By:      /s/David N. Anthony
                              David N. Anthony
                              Virginia State Bar No. 31696
                              *Counsel for Defendant Clarity Services, Inc.*
                              TROUTMAN SANDERS LLP
                              1001 Haxall Point
                              Richmond, Virginia 23219
                              Telephone: (804) 697-5410
                              Facsimile: (804) 698-5118
                              E-mail: david.anthony@troutmansanders.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 4, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record:

Leonard Anthony Bennett, Esq.
Consumer Litigation Associates, P.C.
763 J Clyde Morris Boulevard, Suite 1A
Newport News, VA  23601
Telephone: 757-930-3660
Facsimile:  757-930-3662
Email:  lenbennett@clalegal.com
*Counsel for Plaintiffs*

Kristi Cahoon Kelly, Esq.
Andrew J. Guzzo, Esq.
Kelly & Crandall PLC
4084 University Drive, Suite 202A
Fairfax, VA  22030
Telephone: 703-424-7572
Facsimile:  703-591-0167
Email:  kkelly@kellyandcrandall.com
Email:  aguzzo@kellyandcrandall.com
*Counsel for Plaintiffs*

Matthew J. Erausquin, Esq.
Consumer Litigation Associates, P.C.
1800 Diagonal Road, Suite 600
Alexandria, VA  22314
Telephone: (703) 273-7770
Facsimile:  (888) 892-3513
E-mail:  matt@clalegal.com
*Counsel for Plaintiffs*

James W. Speer, Esq.
Virginia Poverty Law Center
919 E. Main Street, Suite 610
Richmond, VA  23219
Telephone: (804) 782-9430
Facsimile:  (804) 649-0974
Email:  jay@vplc.prg
*Counsel for Plaintiffs*

Susan Mary Rotkis, Esq.
Consumer Litigation Associates, P.C.
763 J Clyde Morris Boulevard, Suite lA
Newport News, VA  23601
Telephone: 757-930-3660
Facsimile: 757-930-3662
Email:  srotkis@clalegal.com
*Counsel for Plaintiffs*

Ian Bryce Lyngklip
Lyngklip & Associates Consumer Law Center, PLC
24500 Northwestern Hwy., Suite 206
Southfield, MI  48075
Telephone: (248) 208-8864
Facsimile: (248) 208-9073
Email: ian@michiganconsumerlaw.com
*Counsel for Plaintiffs*

/s/David N. Anthony
David N. Anthony
Virginia State Bar No. 31696
*Counsel for Defendant Clarity Services, Inc.*
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, Virginia 23219
Telephone: (804) 697-5410
Facsimile: (804) 698-5118
Email: david.anthony@troutmansanders.com