IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| GLORIA TURNAGE, *et al.*, *Individually and on behalf of a class of Similarly situated persons*, Plaintiffs, v. CLARITY SERVICES, INC., Defendant. | Civil Action No. 3:14CV760 (HEH-RCY) |

## ORDER

This matter comes before the Court for resolution of Clarity Services, Inc.'s Motion for an Order Authorizing the Furnishing of Named Plaintiffs' Consumer Reports (ECF No. 22) pursuant to 28 U.S.C. § 636(b)(1)(A). (Order (ECF No. 27).) With regard to this motion and any other motions for, or objections to, subpoenas, the Court ORDERS that the parties file a <u>joint</u> motion not exceeding twenty (20) pages in length setting forth (1) the posture of the case, (2) the nature of the dispute over the subpoenas, (3) the efforts made by the parties to resolve the dispute, (4) the position of each party regarding the dispute, (5) whether a hearing is necessary to address the issue, and (6) a certification under Local Rule 37(E) signed by counsel for each party that they have met and conferred in good faith to resolve the dispute before involving the Court.

Counsel are reminded that discovery disputes requiring judicial intervention are strongly disfavored and that the Court will consider imposing sanctions pursuant to Federal Rule of Civil Procedure 37 and Local Rule 37 against any party not acting in good faith to resolve a dispute before involving the Court.

Let the Clerk file this Order electronically and notify all counsel accordingly.

It is so ORDERED.

/s/ *[signature]*
Roderick C. Young
United States Magistrate Judge

Richmond, Virginia
Date: <u>June 4, 2015</u>